IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT BONDIC,                                                    Civ. No. 6:22-cv-899-MK

        Plaintiff,                                                         JUGDMENT

  v.

HOMES FOR GOOD HOUSING AGENCY,

        Defendant.

_____

MCSHANE, Judge:

        Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#19) is adopted. This action is DISMISSED.

IT IS SO ORDERED.

        DATED this 4th of April, 2023.

                                                            _____/s/ Michael J. McShane_____
                                                                    Michael McShane
                                                           United States District Judge